UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 APR 28 AM 9:42

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ricardo RIOS-Perez** Defendant. | '08 MJ 1305 Magistrate Case No.________ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about April 26, 2008, within the Southern District of California, defendant **Ricardo RIOS-Perez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **28th** day of **April, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jacob James, declare under penalty of perjury the following to be true and correct:

On April 26, 2008 at approximately 2:45 P.M., **Ricardo RIOS-Perez (Defendant),** attempted to enter the United States from Mexico via the San Ysidro California Port of Entry Pedestrian Facility. Defendant presented a DSP-150 Border Crosser Card bearing the name Cisneros Baldovinos, Alejandro to a Customs and Border Protection (CBP) Officer. Defendant stated he was going to San Ysidro, California. CBP Officer suspected Defendant was an impostor to the DSP-150 Border Crosser Card. CBP Officer escorted Defendant to secondary for further inspection.

During secondary inspection Defendants fingerprints were queried using Integrated Automated Fingerprint Identification System (IAFIS). IAFIS confirmed Defendants identity as **Ricardo RIOS-Perez.** Further queries utilizing the Immigration Central Index System (CIS) and Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. DACS revealed Defendant was deported before an Immigration Judge on or about June 2, 2005. Defendant's most recent removal was on or about April 1, 2008. Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant waived his right to counsel and admitted he is a citizen of Mexico with no legal entitlement to enter the United States. Defendant admitted that he was deported before an Immigration Judge in 2005, and removed to Mexico. Defendant admitted that he did not apply for, or receive permission to legally enter the United States. Defendant stated that he purchased a DSP-150 Border Crossing Card in Tijuana, Mexico for $80.00 US Dollars. Defendant stated that he presented the DSP-150 to a CBP Officer for the purpose of entering the United States. Defendant stated he had intended to go to Ventura California. Defendant admitted the document was not designed for his use and he is aware it is illegal to use the document to attempt entry into the United States.

Executed on this 26th day of April 2008 at 1830.

Jacob James / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe that the defendant named therein committed the offense on **April 26, 2008**, in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

4-27-08 @ 11:30AM
DATE / TIME